AFFIRM; Opinion issued October 30, 2012.



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-00122-CR
No. 05-12-00123-CR
No. 05-12-00124-CR

**JESUS MANUEL GASPAR, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 195th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F09-59161-N, F10-30839-N, F10-30840-N**

# MEMORANDUM OPINION

Before Justices O'Neill, FitzGerald, and Lang-Miers
Opinion By Justice O'Neill

Jesus Manuel Gaspar waived a jury and pleaded guilty to burglary of a habitation; possession with intent to deliver methamphetamine in an amount of 200 grams or more but less than 400 grams; and possession with intent to deliver cocaine in an amount of four grams or more but less than 200 grams. *See* TEX. PENAL CODE ANN. § 30.02(a) (West 2011); TEX. HEALTH & SAFETY CODE ANN. § 481.112(a), (d), (e) (West 2010). After finding appellant guilty, the trial court assessed punishment, enhanced by a prior felony conviction in each case, at thirty years' imprisonment for the burglary conviction and thirty-five years' imprisonment for each possession with intent to deliver conviction. The court also assessed a $100,000 fine in the possession with intent to deliver

methamphetamine case. On appeal, appellant's attorney filed a brief in which she concludes the appeals are wholly frivolous and without merit. The brief meets the requirements of *Anders v. California*, 386 U.S. 738 (1967). The brief presents a professional evaluation of the record showing why, in effect, there are no arguable grounds to advance. *See High v. State*, 573 S.W.2d 807, 811 (Tex. Crim. App. [Panel Op.] 1978). Counsel delivered a copy of the brief to appellant. We advised appellant of his right to file a pro se response, but he did not file a pro se response.

We have reviewed the record and counsel's brief. *See Bledsoe v. State*, 178 S.W.3d 824, 827 (Tex. Crim. App. 2005) (explaining appellate court's duty in *Anders* cases). We agree the appeals are frivolous and without merit. We find nothing in the record that might arguably support the appeals.

Although not an arguable issue, we note that in cause no. 05-12-00123-CR, the record shows the trial court orally pronounced a $100,000 fine. The judgment, however, recites a $50,000 fine. When a conflict exists between the oral pronouncement and the written judgment, the oral pronouncement controls. *See Coffey v. State*, 979 S.W.2d 326, 328 (Tex. Crim. App. 1998). We modify the judgment in cause no. 05-12-00123-CR to show the fine is $100,000. *See* TEX. R. APP. P. 43.2(b); *Bigley v. State*, 865 S.W.2d 26, 27-28 (Tex. Crim. App. 1993); *Asberry v. State*, 813 S.W.2d 526, 529-30 (Tex. App.–Dallas 1991, pet. ref'd).

In cause nos. 05-12-0122-CR and 05-12-0124-CR, we affirm the trial court's judgments. In cause no. 05-12-0123-CR, we affirm the trial court's judgment as modified.

_____
MICHAEL J. O'NEILL
JUSTICE

Do Not Publish
TEX. R. APP. P. 47

120122F.U05



# Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

JESUS MANUEL GASPAR, Appellant

No. 05-12-00122-CR            V.

THE STATE OF TEXAS, Appellee

Appeal from the 195th Judicial District
Court of Dallas County, Texas. (Tr.Ct.No.
F09-59161-N).
Opinion delivered by Justice O'Neill,
Justices FitzGerald and Lang-Miers
participating.

Based on the Court's opinion of this date, the judgment of the trial court is **AFFIRMED**.


Judgment entered October 30, 2012.

MICHAEL J. O'NEILL
JUSTICE



# Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

JESUS MANUEL GASPAR, Appellant

No. 05-12-00123-CR      V.

THE STATE OF TEXAS, Appellee

Appeal from the 195th Judicial District Court of Dallas County, Texas. (Tr.Ct.No. F10-30839-N).
Opinion delivered by Justice O'Neill, Justices FitzGerald and Lang-Miers participating.

Based on the Court's opinion of this date, the judgment of the trial court is **MODIFIED** as follows:

The section entitled "Fine" is modified to show "$100,000."

As modified, we **AFFIRM** the trial court's judgment.

Judgment entered October 30, 2012.

MICHAEL J. O'NEILL
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

JESUS MANUEL GASPAR, Appellant

No. 05-12-00124-CR     V.

THE STATE OF TEXAS, Appellee

Appeal from the 195th Judicial District
Court of Dallas County, Texas. (Tr.Ct.No.
F10-30840-N).
Opinion delivered by Justice O'Neill,
Justices FitzGerald and Lang-Miers
participating.

Based on the Court's opinion of this date, the judgment of the trial court is **AFFIRMED**.

Judgment entered October 30, 2012.

MICHAEL J. O'NEILL
JUSTICE